# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANNE CRHA, Wife and Special Administrator of the Estate of JAMES J. CRHA, SR., deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY LOUGHRAN, D.D.S. et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-4213-JPG<br>)<br>)<br>)<br>) |

### RULE 54(b) JUDGMENT

**Decision by Court.** This matter having come before the Court upon plaintiff's and the United States' stipulation of dismissal and the Court having found that plaintiff has voluntarily dismissed this action and having determined that there is no just reason to delay the entry of judgment on the following claim,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant United States of America in this case, are **DISMISSED with prejudice**. The remaining claims in this action have been remanded to state court.

**DATE: March 14, 2006**

**NORBERT G. JAWORSKI, CLERK**

**by:s/Deborah Agans, Deputy Clerk**


**APPROVED: /s/ J. Phil Gilbert**
              **J. PHIL GILBERT**
              **U.S. District Judge**